# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2024-0890
Lower Tribunal No. 05-CF-018772

_____

WALTER WILFREDO VEGA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Lee County.
Robert Branning, Judge.

November 18, 2025

PER CURIAM.

  AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Walter Wilfredo Vega, Fort Myers, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED